

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00546-CV

Juanita Gonzales **GARCIA**, et al.,
Appellants

v.

**U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. 2006-HE3, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-HE3,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV01889
Honorable Timothy Johnson, Judge Presiding

## O R D E R

On October 2, 2015, after the notice of appeal filing fees remained unpaid, we ordered Appellant Juanita Gonzales Garcia to show cause in writing by October 12, 2015, that the filing fees have been paid. The fees were paid on October 13, 2015; our October 2, 2015 order is satisfied.

We reinstate the appellate timetable. Appellant's brief is due on October 23, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court